Mark William PALUCZAK
and Stephanie Elizabeth
Paluczak, Respondents,

v.

Justin Michael SHEPPARD, Appellant.

No. ED 94512.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 11, 2011.

David Porta, St. Louis, MO, for Appellant.

Brian K. McBrearty, Clayton, MO, for Respondent.

Before ROY L. RICHTER, C.J., KATHIANNE KNAUP CRANE, J., and KENNETH M. ROMINES, J.

*ORDER*

PER CURIAM.

Justin Sheppard ("Sheppard") appeals the trial court's decision denying him at-

torney's fees in a suit by his ex-wife, Stephanie Paluczak, and her husband, Mark Paluczak ("the Paluczaks") to terminate Sheppard's parental rights and adopt Sheppard's daughter ("Daughter"). We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).